UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOY L. McGHEE-BEY,

                      Plaintiff,

        -against-                        21-CV-7126 (LTS)

UNITED STATES OF AMERICA; UNITED      ORDER OF DISMISSAL
STATES SUPREME COURT; UNITED
STATES CONGRESS,

                      Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 23, 2021, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature, and either pay the $402.00 in filing fees that are required to file a civil action in this Court or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application and, if incarcerated, a prisoner authorization. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not resubmitted the complaint's signature page with an original signature, paid the filing fees, or filed an IFP application and prisoner authorization. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 14, 2021
              New York, New York

                                          /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge