UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOY L. McGHEE-BEY,<br><br>                                    Plaintiff,<br><br>           -against-<br><br>UNITED STATES OF AMERICA; UNITED STATES SUPREME COURT; UNITED STATES CONGRESS,<br><br>                                    Defendants. | 21-CV-7126 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued October 14, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to resubmit the complaint's signature page with an original signature, pay the $402.00 in filing fees, or submit a completed request to proceed *in forma pauperis* and prisoner authorization. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   October 14, 2021
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge